BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
Email: aplutzik@bramsonplutzik.com
Email: mstrimling@bramsonplutzik.com

LEVI & KORSINSKY, LLP
Joseph E. Levi (to be admitted *pro hac vice*)
Robert Lefkowitz
30 Broad Street, 15th Floor
New York, New York 10004
Tel: 212-363-7500
Fax: 212-363-7171

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREG YOUNG, Individually and on Behalf of All Others Similarly Situated

　　　　　　　　Plaintiff,

　　　　v.

PACIFIC BIOSCIENCES OF CALIFORNIA, INC., et al.

　　　　　　　　Defendants,

Civil Action No. 5:11-cv-05668-EJD

**NOTICE OF RELATED CASE**

**ADMINISTRATIVE MOTION TO RELATE CASES**

MATTHEW SANDNAS, Individually and on Behalf of All Others Similarly Situated,

　　　　　　　　Plaintiff,

　　　　v.

PACIFIC BIOSCIENCES OF CALIFORNIA, INC., et al.

　　　　　　　　Defendants,

Civil Action No. 5:11-CV-05669-EJD

NOTICE OF RELATED CASE - ADMINISTRATIVE MOTION TO RELATE CASES
65288

| | |
|---|---|
| ROBERT BURLINGAME, derivatively on behalf of PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HUGH C. MARTIN, BROOK BYERS, WILLIAM W. ERICSON, MICHAEL HUNKAPILLER, RANDALL S. LIVINGSTON, SUSAN SIEGEL, and DAVID SINGER, <br><br> Defendants, <br><br> -and- <br><br> PACIFIC BIOSCIENCES OF CALIFORNIA, INC <br><br> Nominal Defendant. | Civil Action No. 11-cv-06708 |

Plaintiff's counsel in action *Burlingame v. Martin, et al,* Case No. 11-CV-06708 is aware of two additional cases which may be related to this action under the standards of Local Rule 3-12(a):

- *Young v. Pacific Biosciences of California, et al.,* Case No. 5:11-cv-05668-EJD; and
- *Sandnas v. Pacific Biosciences of California, et al.,* Case No. 5:11-cv-05669-EJD.

Plaintiff believes they are related and it would eliminate duplication or expense to relate these cases to each other.

Dated: December 30, 2011            BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP

By _____
Michael S. Strimling

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
Email: aplutzik@bramsonplutzik.com
Email: mstrimling@bramsonplutzik.com

LEVI KORSINSKY LLP
Joseph Levi (to be admitted *pro hac vice*)
Robert Lefkowitz
30 Broad Street, 15th Floor
New York, New York 10004
Telephone: (646) 453-8908
Facsimile: (212) 363-7171
Email: jlevi@zlk.com
Email: eandersen@zlk.com

*Attorneys for Plaintiffs*